# United States District Court

SOUTHERN DISTRICT OF FLORIDA-MIAMI DIVISION

| RITA NILDA SAAVEDRA MACEDO and all others similarly situated under 29 U.S.C. 216(b),<br><br>          Plaintiff,<br>    vs.<br><br>SMALL WORLD MONTESSORI METHOD SCHOOL V INC.<br>AMMIR VAYANI,<br><br>          Defendants. | **PLAINTIFF'S WITNESS LIST**<br><br>CASE NO.: 14-20879-CIV-COOKE/TORRES |
|---|---|

| PRESIDING JUDGE<br>Honorable<br>JUDGE MARCIA G. COOKE | PLAINTIFF'S ATTORNEY<br>J.H. Zidell, Esq.<br>J.H. Zidell P.A.<br>300 71st Street<br>Suite 605<br>Miami Beach, Florida 33141 | DEFENDANT'S ATTORNEY<br>Kenneth Alan Knox<br>Fisher & Phillips<br>450 E Las Olas Boulevard<br>Suite 800<br>Fort Lauderdale, FL 33301 |
|---|---|---|
| TRIAL DATE(S)<br>May 18, 2015 | | |

| PLF. NO | DEF. NO | DATE OFFERED | MARKED | | |
|---|---|---|---|---|---|
| 1 | | | | | Plaintiff, RITA NILDA SAAVEDRA MACEDO, c/o J.H. Zidell P.A. |
| 2 | | | | | 30(b)(6) corporate representative of Defendant, SMALL WORLD MONTESSORI METHOD SCHOOL V INC., c/o Fisher & Phillips |
| 3 | | | | | Defendant, AMMIR VAYANI c/o Fisher & Phillips |
| 4 | | | | | Shaniece Jeffers, 18849 NE Miami Ct. Miami, FL 33179, (786) 768-9831. |
| 5 | | | | | Laura Padron, 6927 W 26 Ave. Hialeah, FL 33016, (305) 986-7226 |
| 6 | | | | | Jessica Vinas, 5615 NW 176TH ST, CAROL CITY FL 33055-3550, (305) 244-8501 |
| 7 | | | | | Impeachment witnesses. |
| 8 | | | | | Rebuttal witnesses |
| 9 | | | | | Any witnesses listed on Defendants' witness list that are not objected to by Plaintiff or who are allowed to testify over Plaintiff's objections. |