UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:14-cv-20879-Cooke/Turnoff

RITA NILDA SAAVEDRA MACEDO,

    Plaintiff,

v.

SMALL WORLD MONTESSORI
METHOD SCHOOL V INC., and
AMMIR VAYANI,

    Defendants.
_____/

## FISHER & PHILLIPS LLP'S RENEWED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS

The law firm of Fisher & Phillips LLP ("Fisher & Phillips"), counsel for the defendants, Small World Montessori Method School V Inc., and Ammir Vayani (collectively "Small World" or "Defendants"), hereby submits its motion to withdraw as counsel for Small World and states as follows:

1. On or about March 14, 2014, Fisher & Phillips was retained as counsel for Small World in the above-styled action.

2. On January 20, 2015, Small World discharged Fisher & Phillips and directed it to withdraw as their counsel. Defendants are in the process of retaining different counsel. Accordingly, pursuant to Rule 4-1.16(a)(3) of the Rules Regulating the Florida Bar, Fisher & Phillips must withdraw because the firm has been discharged by its clients.

3. For these reasons, Defendants request that this motion be granted and that Fisher & Phillips be removed as counsel of record for Defendants.

5. Pursuant to Local Rule 11.1(d)(3), Defendants' current address is 4888 NW 183rd St # 114, Miami Gardens, FL 33055.

6. Defendants request a brief stay of not longer than thirty days to allow them to retain to new counsel and have that new counsel get up to speed on this matter.

7. Pursuant to Local Rule 7.1(A)(3), Fisher & Phillips LLP conferred with opposing counsel who noted an objection to its withdrawal from this case.

8. Undersigned has advised Defendants that Federal law requires that a corporation cannot appear *pro se* and must be represented by counsel.

9. Undersigned had previously provided Defendants a copy of the original motion to withdraw by email, and pursuant to the Court's Order has provided Defendants with a copy of the Court's Order [D.E. 28] by email and also by U.S. Mail.

WHEREFORE, the undersigned respectfully requests that this Court enter an order permitting Fisher & Phillips LLP to withdraw from the continued representation of Small World, excusing Fisher & Phillips LLP from any further responsibility in this case and staying the case for no more than 30 days to allow Small World to retain alternate counsel.

Date: January 22, 2015                                      Respectfully submitted,

By:  /s/ Suhaill M. Morales
Kenneth A. Knox
Fla. Bar No. 0829455
kknox@laborlawyers.com
Suhaill M. Morales
Fla. Bar No. 84448
smorales@laborlawyers.com
FISHER & PHILLIPS LLP
450 East Las Olas Boulevard, Suite 800
Fort Lauderdale, Florida 33301
Telephone (954) 525-4800
Facsimile (954) 525-8739

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2015, I electronically filed the foregoing **FISHER & PHILLIPS LLP'S RENEWED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS** with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all persons identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

       /s/ Suhaill M. Morales
Kenneth A. Knox
Fla. Bar No. 0829455
kknox@laborlawyers.com
Suhaill M. Morales
Fla. Bar No. 84448
smorales@laborlawyers.com
FISHER & PHILLIPS LLP
450 East Las Olas Boulevard, Suite 800
Fort Lauderdale, Florida 33301
Telephone (954) 525-4800
Facsimile (954) 525-8739

*Attorneys for Defendants*

## SERVICE LIST
## UNITED STATES DISTRICT COURT – SOUTHERN DISTRICT OF FLORIDA
### Rita Nilda Saavedra Macedo v. Small World Montessori Method School V Inc. and Ammir Vayani
### CASE NO.  1:14-cv-20879-Cooke/Turnoff

| | |
|---|---|
| J. H. Zidell<br>zabogado@aol.com<br>J. H. Zidell, P.A.<br>300 71 Street<br>Suite 605<br>Miami Beach, Florida 33141<br>Telephone: (305) 865-6766<br>Facsimile: (305) 865-7167<br>*Attorneys for Plaintiff* | Kenneth A. Knox<br>kknox@laborlawyers.com<br>Suhaill M. Morales<br>smorales@laborlawyers.com<br>FISHER & PHILLIPS LLP<br>450 East Las Olas Boulevard<br>Suite 800<br>Ft. Lauderdale, Florida 33301<br>Telephone:    (954) 525-4800<br>Facsimile:    (954) 525-8739<br>*Attorneys for Defendants*<br><br>Ammir Vayani<br>mr.ammirsmallworldmontessori@yahoo.com<br>Small World Montessori Method V School<br>4888 NW 183rd Street #114<br>Miami Gardens, FL 33055<br>*Individually and in his official capacity* |