UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-20879-CIV-COOKE/TORRES

RITA NILDA SAAVEDRA MACEDO, *and all others similarly situated under 29 U.S.C. 216(B)*,

   Plaintiff,

vs.

SMALL WORLD MONTESSORI METHOD SCHOOL V INC.,
AMMIR VAYANI,

   Defendants.
_____

## PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT

**COMES NOW** Plaintiff, by and through undersigned counsel, and hereby files Plaintiff's Motion for Entry of Default, and in support thereof, state as follows:

1. On February 6, 2015, this Court entered an Order granting Defense counsel's Motion to Withdraw as Attorney, and ordered Defendants to obtain new counsel by February 27, 2015. The Order further states that the corporate Defendant's failure to obtain new counsel by February 27, 2015 may result in a default judgment against the corporate Defendant [D.E. 32].

2. As of March 25, 2015, Defendants have failed to comply with the Court Order, as no counsel has entered an appearance on behalf of the corporate Defendant.

3. Plaintiff therefore requests that this Court enter a default against the corporate Defendant for failure to comply with the Court's Order. [D.E. 32].

4. It is well-settled that the entry of a judgment by default is available to facilitate the exercise of the Court's inherent power to manage its affairs. *Wahl v. McIver*, 773 F.2d

1169, 1174 (11th Cir.1985) (citin*g* *Flaksa v. Little River Marine Construction Co*., 389 F.2d 885, 887 (5th Cir.1968)). Failure to obey a court's order constitutes sufficient grounds for a default judgment. *Bonanza Intern., Inc., v. Corceller* 480 F.2d 613, 614 (5th Cir. 1973).

**WHEREFORE**, as Defendants have failed to comply with the Court's Order, Plaintiff respectfully requests that this Court enter a default judgment against the corporate Defendant.

      Respectfully Submitted,

      J.H. Zidell, P.A.
*Attorneys for Plaintiff*
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
 Fax: (305) 865-7167

By:  /s/ Julia M. Garrett
    Julia M. Garrett, Esq.
    Florida Bar Number: 0105151

## CERTIFICATE OF SERVICE:

I hereby certify that a true and correct copy of the foregoing Plaintiffs' Motion for Entry of Default was sent via certified mail to the Defendants at 4888 NW 183rd Street, #114, Miami Gardens, Florida 33055 on this 25th day of March, 2015.

>                                             J.H. Zidell, P.A.
>                                             *Attorneys for Plaintiff*
>                                             300 71st Street, Suite 605
>                                             Miami Beach, Florida 33141
>                                             Tel: (305) 865-6766
>                                             Fax: (305) 865-7167
>
>                                             By: /s/ Julia M. Garrett
>                                             Julia M. Garrett, Esq.
>                                             Florida Bar Number: 0105151