UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-20879-Civ-COOKE/TORRES

RITA NILDA SAAVEDRA MACEDO,
and all others similarly situated under 29
U.S.C. 216(B),

    Plaintiff,

vs.

SMALL WORLD MONTESSORI
METHOD SCHOOL V INC. and
AMMIR VAYANI,

    Defendants.

_____/

**ORDER GRANTING MOTION FOR DEFAULT, REQUIRING
MOTION FOR DEFAULT JUDGMENT, AND ORDER TO SHOW CAUSE**

    THIS CASE is before me on Plaintiff's Motion for Entry of Default (ECF No. 35). On February 6, 2015, the Honorable Edwin G. Torres, U.S. Magistrate Judge, entered an order granting Kenneth Alan Knox and Suhaill Machado Morales' Motion to Withdraw as Counsel for Small World Montessori Method School V Inc., and commanding that "Defendant's [d]eadline to obtain new counsel is 2/27/2015." *See* Order, ECF No. 32. Judge Torres further cautioned that "Defendant's failure to retain counsel by this date may then result in entry of a default judgment against the corporate defendant." *Id.* To date, no counsel has entered an appearance on behalf of Defendant Small World Montessori Method School V Inc.

    A corporate defendant may not proceed in this litigation without counsel. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1386 (1985) ("[A] corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel."). Therefore, entry of default against Defendant Small World Montessori Method School V Inc. is appropriate.

    Accordingly, it is hereby **ORDERED and ADJUDGED** that Plaintiff's Motion for Default is **GRANTED**. Default is **ENTERED** against Defendant Small World Montessori Method School V Inc. in favor of Plaintiff Rita Nilda Saavedra Macedo.

    IT IS FURTHER **ORDERED** as follows:

1. Within fourteen (14) days of the date of this Order, Plaintiff Rita Nilda Saavedra Macedo shall file a motion for default judgment, or shall show cause why such a motion should not be filed;

2. Within fourteen (14) days of the date of this Order, Defendant Small World Montessori Method School V Inc. shall show cause why a motion for default judgment should not be granted against it;

3. Plaintiff shall forward this Order to Defendant Small World Montessori Method School V Inc. via U.S. Mail at 4888 NW 183rd Street, #114, Miami Gardens, FL 33055.

**DONE and ORDERED** in chambers at Miami, Florida, this 26th day of March 2015.

*/s/ Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of Record*