UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. :14-20879 -CV-Cooke/Torres

Rita Nilda Saavedra Macedo, and

all others similarly situated under 29 U.S.C.

216 (B),

    Plaintiff (s)

vs.
Small World Montessori Method

School V, INC.,

Ammir Vayani

    Defendant(s).
_____/

FILED by _____ D.C.
APR 03 2015
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

## Defendants' Motion for Continuance

I, Ammir Vayani, in the above styled cause, would like to humbly request the Honorable Judge Marcia G. Cooke for a continuance for all motions in the above referenced case. I humbly request this motion to allow Defendant(s) time to retain legal representation. Defendant(s) was unable to retain legal representation in the period allotted. The Defendant(s) would like to inform the Honorable Judge Marcia G. Cooke of the following

1. Defendant(s) has attempted to retain legal representation.
2. Defendant(s) did not have the financial capacity to provide a base retainer for legal representation during the period allotted.
3. Defendant(s) approached Plaintiffs' attorney prior to the expiration period for Defendant(s) to retain counsel in an effort to settle the above referenced Case.
4. Defendant(s) provided on its own accord financial documents to Plaintiffs' attorney to numerically support Defendant(s) offer for settlement.

5. Defendant(s) has again approached Plaintiffs' attorney twice during the period commencing March 30, 2015 and concluding April 3, 2015 in an ongoing effort to settle the above referenced Case.

Defendant(s) in light of the above mentioned efforts humbly requests the Honorable Judge Marcia G. Cooke for a thirty day (30) continuance to allow Defendant(s) an opportunity to raise the financial capital necessary and to apply the same to retain legal representation in the above referenced Case.

April 3, 2015                                    Respectfully submitted,

<u>Ammir Vayani</u>
Small World Montessori Method School V, Inc.
4888 N.W. 183rd Street STE 114
Miami, FL 33055
Telephone: 305-625-1199
Facsimile: 305-628-2777
Mr.ammirsmallworldmontessori@yahoo.com

### Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing Defendants' Motion for Continuance was sent by U.S. Postal Certified Mail on April 3, 2015 on all counsel or parties of record on the Service List below.

_____
Ammir Vayani
President
Small World Montessori Method School V, Inc

Case No. :14-20879 -CV-Cooke/Torres

## SERVICE LIST

Jamie H. Zidell, ESQ.
Julia M. Garrett, ESQ.
*Attorneys for Plaintiff*
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
Telephone: (305) 865-6766
Facsimile: (305) 865-7167

Via U.S. Postal Certified Mail