UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-20879-CIV-COOKE/TORRES

RITA NILDA SAAVEDRA MACEDO and all others similarly situated under 29 U.S.C. 216(B),

   Plaintiff,

vs.

SMALL WORLD MONTESSORI METHOD SCHOOL V INC.
AMMIR VAYANI,

   Defendants.

## MOTION IN LIMINE

**COMES NOW** Plaintiff, by and through undersigned Counsel, files her Motion in Limine:

### MEMORANDUM OF POINTS AND AUTHORITIES

The Court should determine admissibility via a motion in limine. *Zenith Radio Corp. v. Matsushita Elec. Indus. Co.*, 505 F. Supp 1125, 1146 (E.D. Pa. 1980), *aff'd in part*, 723 F.2d 238 (3rd Cir. 1983), *rev'd on other grounds*, 475 U.S. 574 (1986). The motion in *limine* derives from the court's authority to control the trial process. *See*, *e.g.*, Luce v U.S. (1984) 469 US 38, 41 (1984).

Fed. R. Evid. 403 provides that, "[t]he court may exclude relevant evidence if its probative value is substantially outweighed by a danger of one or more of the following: unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence." "The court excludes evidence on a Motion In Limine only if

the evidence is clearly inadmissible for any purpose." In re Mirabilis Ventures, Inc., 2011 WL 3236027, at 5 (M.D. Fla. July 28, 2011).

There is no legal basis for referring to attorneys' fees and costs at trial. Attorneys' fees and costs are post-trial issues for the Court that do not relate to any question of fact for the jury to answer. *See* 29 U.S.C. § 216(b). There is no longer any basis, not even in closing argument, to refer to attorneys' fees and costs to the jury. <u>Dingman v. Cart Shield USA, LLC</u>, 12-20088-CIV, 2013 WL 3353835 (S.D. Fla. July 3, 2013) (ordering defendants in an FLSA case not to refer to attorneys' fees and costs at trial).

Defendants have an interest in bringing up the FLSA's provisions regarding attorneys' fee awards and liquidated damages in order to make it appear as if Plaintiff will be compensated an inappropriate amount. A jury cannot equitably consider the FLSA's policy considerations in awarding attorneys' fees and liquidated damages, and therefore might be persuaded into reducing or setting off an award. This scenario is a quintessential example of evidence prohibited under Fed.R.Evid. Rule 403.

Referencing attorney fees, costs or liquidated damages has absolutely no probative value and can only possibly be used to unfairly prejudice the jury. As such, any reference to attorney fees, costs or liquidated damages at trial should be excluded. Moreover, liquidated damages, fees and costs are determined by the Court post-trial and the jury has no need to hear about them.

Respectfully submitted, this 22nd day of April, 2015.

**J.H. Zidell, P.A.**
Attorneys For Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By:__/s/ Elizabeth O. Hueber _____
Elizabeth O. Hueber
 Florida Bar No.: 0073061

**Certification of Good Faith Effort to Resolve this Matter**

I discussed this matter with Defendants[1], and Defendants so contest the relief sought.

                                      By:__/s/ Elizabeth O. Hueber  ____
                                           Elizabeth O. Hueber

**CERTIFICATE OF SERVICE:**

I hereby certify that a true and correct copy of the foregoing was served via this Court's CMF/ECF system on April 22, 2015, and further, was e-mailed to *pro se* Defendants in this matter.

                                      **J.H. Zidell, P.A.**
                                      Attorney For Plaintiff
                                      300 71st Street, Suite 605
                                      Miami Beach, Florida 33141
                                      Tel: (305) 865-6766
                                      Fax: (305) 865-7167

                             By:__/s/ Elizabeth O. Hueber  ____
                                    Elizabeth O. Hueber
                                     Florida Bar No.: 0073061

Ammir Vayani
Small World Montessori Method School V , Inc.
4888 N W . 183rd Street STE 114
Miami, FL 33055
Telephone: 305-625-1199
Facsimile: 305-628-2777
Mr.amirsmallworldmontessori@yahoo.com

---

[1] Small World Montessori Method School V, Inc. is not represented by counsel, and thus, cannot consent or