UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-20879-Civ-COOKE/TORRES

RITA NILDA SAAVEDRA MACEDO
and all others similarly situated under
29 U.S.C. 216(B),

    Plaintiff,

v.

SMALL WORLD MONTESSORI METHOD
SCHOOL V, INC. and AMMIR VAYANI,

    Defendants.
_____/

### ORDER REFERRING CASE TO MAGISTRATE JUDGE

THIS CAUSE is before me on the parties' Election and Consent of Assignment of All Matters, Proceedings and Motions Through and Including Trial to United States Magistrate Judge (ECF No. 52). Accordingly, it is **ORDERED and ADJUDGED** that all further proceedings in this matter, including trial and entry of final judgment, shall be presided over by United States Magistrate Judge Edwin G. Torres. The case number, style, and docket shall reflect this consent and referral.

**DONE and ORDERED** in chambers, Miami, Florida, this 24th day of April 2015.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of Record*