UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-20879-CIV-TORRES

[CONSENT CASE]

RITA NILDA SAAVEDRA MACEDO and all others similarly situated under 29 U.S.C. 216(B),

    Plaintiff,

vs.

SMALL WORLD MONTESSORI METHOD SCHOOL V INC.
AMMIR VAYANI,

    Defendants.

_____

**JOINT STATUS REPORT IN COMPLIANCE WITH D.E. 58**

**COMES NOW** Plaintiff, by and through undersigned Counsel, and hereby files this Joint Status Report pursuant to the Court's Order entered on April 29, 2015 [D.E. 58]. Plaintiff's counsel conferred with pro se Defendant AMMIR VAYANI and the parties hereby propose the following dates for a specially set jury trial to last two to three days:

1. October 26, 2015;
2. November 9, 2015; or
3. November 16, 2015.

Respectfully submitted this 13th day of May, 2015.

        J.H. Zidell, P.A.
        *Attorneys for Plaintiff*
        300 71st Street, Suite 605
        Miami Beach, Florida 33141
        Tel: (305) 865-6766
        Fax: (305) 865-7167

        By: /s/ Julia M. Garrett
        Julia M. Garrett, Esq.
        Florida Bar Number: 105151

## CERTIFICATE OF SERVICE:

I hereby certify that a true and correct copy of the foregoing was served via this Court's CMF/ECF system on May 13, 2015, and further, was e-mailed to *pro se* Defendants in this matter in the Service List below.

> J.H. Zidell, P.A.
> *Attorneys for Plaintiff*
> 300 71st Street, Suite 605
> Miami Beach, Florida 33141
> Tel: (305) 865-6766
> Fax: (305) 865-7167
>
> By: /s/ Julia M. Garrett
> Julia M. Garrett, Esq.
> Florida Bar Number: 105151

## SERVICE LIST

Ammir Vayani
Small World Montessori Method School V Inc.
4888 NW 183rd Street STE 114
Miami, FL 33055
Telephone: 305-625-1199
Facsimile: 305-628-2777
mr.ammirsmallworldmontessori@yahoo.com
PRO SE DEFENDANTS