UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-20879-CIV-TORRES

CONSENT CASE

RITA NILDA SAAVEDRA MACEDO,
and all others similarly situated under 29
U.S.C. 216(b)

    Plaintiffs,

vs.

SMALL WORLD MONTESSORI
METHOD SCHOOL V, INC.,
and AMMIR VAYANI,

    Defendants.

_____/

## ORDER

This cause is before the Court on Plaintiff Rita Nilda Saavedra Macedo's ("Plaintiff") Motion for Final Default Judgment Against Corporate Defendant Small World Montessori Method School V, Inc. ("Defendant"). [D.E. 45].[1] Having carefully reviewed the motion and the record in this case, for the following reasons we **GRANT** Plaintiff's motion.

On March 27, 2015, the Honorable Marcia G. Cooke, United States District Judge, granted Plaintiff's Motion for Default against Defendant and entered a Default in favor of Plaintiff against Defendant due to Defendant's failure, as a corporate

---

[1] Plaintiff also filed an amended motion in order to include a proposed order. [D.E. 50].

defendant, to obtain counsel. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1386 (1985) ("[A] corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel."). The Order further instructed Plaintiff to file a Motion for Default Judgment against Defendant within fourteen days. [D.E. 37]. On April 14, 2015, this Court granted the parties' Joint Motion for Extension of Time *nunc pro tunc*, allowing Plaintiff until April 22, 2015, to file its motion. On April 21, 2015, Plaintiff timely filed the current motion. Likewise, Defendant did not respond to the Court's order to show cause why a motion for default judgment should not be granted against it, nor has counsel of record appeared on its behalf in the intervening time period.

Accordingly, it is hereby **ORDERED and ADJUDGED** that Plaintiff's Motion for Final Default Judgment is **GRANTED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 1st day of June, 2015.

/s/ *Edwin G. Torres*
EDWIN G. TORRES
United States Magistrate Judge