UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-20879-CIV-TORRES

CONSENT CASE

RITA NILDA SAAVEDRA MACEDO,
and all others similarly situated under 29
U.S.C. 216(b)

       Plaintiffs,

vs.

SMALL WORLD MONTESSORI
METHOD SCHOOL V, INC.,
and AMMIR VAYANI,

       Defendants.
_____/

**FINAL DEFAULT JUDGMENT**

Pursuant to 29 U.S.C. § 216(b), it is hereby **ORDERED AND ADJUDGED** that Plaintiff Rita Nilda Saavedra Macedo shall take the following sums from Defendant Small World Montessori Method School V, Inc., which sums shall bear interest at the legal rate from the date of this judgment onward and for which sums let execution issue:

(1)    **Rita Nilda Saavedra Macedo**: $54,553.12 in unpaid minimum and overtime wages, plus an equal amount as liquidated damages pursuant to 29 U.S.C. § 216(b), for a total of $109,106.24.[1]

---

[1]    Plaintiff's Motion for Final Default Judgment requested $95,192.40 as liquidated damages of $54,553.12. The Court's arithmetic and the actual Plaintiff's

(2)   Plaintiff's counsel is entitled to fees and costs as the prevailing party, for which the appropriate motion shall be timely filed upon the conclusion of the action.

**DONE AND ORDERED** in Chambers at Miami, Florida this 1st day of June, 2015.

      /s/ *Edwin G. Torres*
EDWIN G. TORRES
United States Magistrate Judge

---

affidavit support a sum of $109,106.24.