DC 11 (Rev. 11/2002) Writ of Execution

# WRIT OF EXECUTION

| UNITED STATES DISTRICT COURT | DISTRICT Southern District of Florida |
|---|---|

| TO THE MARSHAL OF: SOUTHERN DISTRICT OF FLORIDA | CASE NO. 14-20879 CIV |
|---|---|

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME

SMALL WORLD MOTESSORI METHOD SCHOOL V, INC.
4888 N. W. 183 STREET, SUITE 114, MIAMI, FLORIDA 33055

FILED by _____ D.C.

JUN 17 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. - MIAMI

you cause to be made and levied as well a certain debt of: *Small World Montessori Method School V, Inc.*

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| ONE HUNDRED NINE THOUSAND ONE HUNDRED SIX DOLLARS | and 24/100 |

in the United States District Court for the  SOUTHERN  District of  FLORIDA ,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

SMALL WORLD MOTESSORI METHOD SCHOOL V, INC.
4888 N. W. 183 STREET, SUITE 114, MIAMI, FLORIDA 33055

and also the costs that may accrue under this writ.
    And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT SOUTHERN DISTRICT OF FLORIDA |
|---|---|
| CITY | DATE |

Witness the Honorable _____

*(United States Judge)*

| DATE JUN 17 2015 | CLERK OF COURT Steven M. Larimore |
|---|---|
| | (BY) DEPUTY CLERK  *[signature]* |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|