UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RITA NILDA SAAVEDRA MACEDO and
all others similarly situated under 29 U.S.C.
216(B),

        Plaintiff,

vs.

SMALL WORLD MONTESSORI METHOD
SCHOOL V, INC. and AMMIR VAYANI,

        Defendants,

and

BANK OF AMERICA, N.A.,

        Garnishee.

_____/

CASE NO.: 14-20879-civ-Cooke/Torres

**ANSWER TO WRIT OF
GARNISHMENT SERVED
JUNE 24, 2015 AND DEMAND
FOR ATTORNEYS' FEES**

Garnishee, BANK OF AMERICA, N.A.,   answers in Garnishment and says:

Garnishee was not indebted and has not had any goods, monies, chattels or effects of Defendant, SMALL WORLD MONTESSORI METHOD SCHOOL V, INC., at the time of service of the Writ of Garnishment served upon the Garnishee (plus sufficient time not to exceed one business day for Garnishee to act expeditiously on the Writ) and at the time of its answer and at all times between service and its answer, except for:

| ACCOUNT NUMBER | NAME AND ADDRESS | AMT. HELD |
|---|---|---|
| xxxxxxx1456 | Small World Montessori Method School V, Inc. | $7,098.94 |

**HALEY & JHONES, P.A.**
**9100 S. Dadeland Blvd., Suite 1500, PMB #150048, Miami, FL  33156, Telephone: (305) 661-4637**

Page 2
*Rita Nilda Saavedra Macedo v. Small World Montessori Method School V, Inc., Case No.: 14-20879-CIV-Cooke/Torres*
*Bank of America's Answer to Writ of Garnishment and Demand for Attorney's Fee Deposit*

|  | Miami Gardens, FL  33055-2940 |  |
|---|---|---|
| xxxxxxx6360 | Small World Montessori Method School V, Inc. | $1,130.01 |
|  | Miami Gardens, FL  33055-2940 |  |

2.  The Garnishee has no obligation to make, and has not made, a factual determination whether the property of the Defendant(s), in its possession or control is subject to any exemption or defense provided to the Defendant(s),  by State or Federal Law.

CERTIFICATE OF SERVICE OF DESIGNATION OF PRIMARY E-MAIL ADDRESSES

Pursuant to Rule 2.516(b)(1)(B), Florida Rules of Judicial Procedure, the following primary and secondary e-mail addresses are designed for service of pleadings and documents in the above styled matter.

PRIMARY:        ajhones@hsaalegal.com
SECONDARY:    jthaley@hsaalegal.com

I HEREBY CERTIFY on the 26th day of June, 2015, a true and correct copy of the foregoing filed with the Clerk of Court electronically, thereby a true and correct copy of the foregoing was served on Plaintiff's Counsel, Max A. Goldfarb, Esq.

HALEY & JHONES, P.A.
Attorneys for Garnishee
9100 S. Dadeland Blvd., Suite 1500
PMB #150048
Miami, FL   33156
Phone:  (305) 661-4637
Fax:      (305) 661-4640

By:      /s/ ANA M. JHONES

Page 3
*Rita Nilda Saavedra Macedo v. Small World Montessori Method School V, Inc., Case No.: 14-20879-CIV-Cooke/Torres*
*Bank of America's Answer to Writ of Garnishment and Demand for Attorney's Fee Deposit*

ANA M. JHONES, ESQUIRE
FBN: 771170

## GARNISHEE'S STATUTORY DEMAND TO JUDGMENT CREDITOR FOR ATTORNEYS' FEES DEPOSIT (FLORIDA STATUTES, SECTION 77.28)

Garnishee has employed the services of the undersigned law firm to represent Garnishee in these garnishment proceedings.  Garnishee **DEMANDS** the statutory partial payment of $100.00 fee payable to **Haley & Jhones, P.A.,** as compensation to be applied towards Garnishee's reasonable attorneys' fee. Demand is made for payment of the statutory fee within 30 days. Pursuant to Local Rule undersigned counsel has sent a written request to Mr. Goldfarb, counsel to Plaintiff who has advised that he does not object to payment of the fee.

By:      */s/ ANA M. JHONES*
         ANA M. JHONES

GarnishmentP:\Garnishments-70.342\Answers-2015\15-371\15-371 REDACTED.wpd

**HALEY & JHONES, P.A.**
**9100 S. Dadeland Blvd., Suite 1500, PMB #150048, Miami, FL   33156, Telephone: (305) 661-4637**