**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 14-20879-CIV-COOKE/TORRES**

**CONSENT CASE**

RITA NILDA SAAVEDRA MACEDO *and all others similarly situated under 29 U.S.C. 216(B)*

      Plaintiff

vs.

SMALL WORLD MONTESSORI METHOD SCHOOL V INC.
AMMIR VAYANI
      Defendants

**NOTICE OF FILING STATUTORY NOTICE**

Comes Now Plaintiff by and through undersigned counsel and hereby advises the Court of the above described Notice and in support states as follows:

1. Plaintiff obtained a final judgment against Defendant on June 1, 2015 for a total amount of $109,106.24 [D.E. 62].

2. On June 24, 2015, Plaintiff requested that a writ of garnishment after judgment as to Garnishee Bank of America be issued in the amount of 109,106.24 [D.E. 65].

3. On June 24, 2015, the clerk issued said writ of garnishment to Garnishee Bank of America [D.E. 66].

4. Defendant, Small World Montessori Method School V Inc. is hereby advised that Defendant must file a claim of exemption within twenty (20) days after receipt of the notice to preserve Defendant's rights pursuant to Florida Statute 77.041.

5. Plaintiff hereby attaches a copy of the motion for writ of garnishment, the writ of garnishment, and the statutory notice pursuant to Florida Statute 77.041.

Respectfully Submitted,

J.H. Zidell, Esq.
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
Email: Zabogado@aol.com

By:_/s/ *J.H. Zidell* _____
    J.H. Zidell, Esq
    Florida Bar Number: 0010121

## CERTIFICATE OF SERVICE:

I hereby certify that a true and correct copy of the foregoing Plaintiff's Notice was sent via U.S. Mail to Small World Montessori Method School V Inc., 4888 NW 183rd Street, Suite 114, Miami Gardens, Florida 33055 on this 29th day of June, 2015.

J.H. Zidell, Esq.
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
Email: Zabogado@aol.com

By:_/s/ *J.H. Zidell* _____
    J.H. Zidell, Esq
    Florida Bar Number: 0010121