**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 14-20879-CIV-COOKE/TORRES**

**CONSENT CASE**

| | |
|---|---|
| RITA NILDA SAAVEDRA MACEDO *and all others similarly situated under 29 U.S.C. 216(B)*  Plaintiff  vs.  SMALL WORLD MONTESSORI METHOD SCHOOL V INC. AMMIR VAYANI  Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) |

**PLAINTIFF'S MOTION FOR FINAL JUDGMENT AS TO GARNISHEE BANK OF AMERICA**

Comes Now Plaintiff, by and through undersigned counsel, and hereby files Plaintiff's Motion for Final Judgment as to Garnishee Bank of America., and in support thereof states as follows:

1. Plaintiff obtained a final judgment against Defendant on June 1, 2015 for a total amount of $109,106.24 [D.E. 62].

2. On June 24, 2015, Plaintiff requested that a writ of garnishment after judgment as to Garnishee Bank of America be issued in the amount of 109,106.24 [D.E. 65].

3. On June 24, 2015, the clerk issued said writ of garnishment to Garnishee Bank of America [D.E. 66].

4. On June 26, 2015, Garnishee responded that it was indebted to Defendant in the amount of $8,228.95 ($7,098.94 +$1,130.01) [D.E. 69].

5. Defendants have not filed a claim for exemption pursuant to Florida Statute 77.041 [D.E. 70] or claimed the allegations in Plaintiff's Writ of Garnishment are untrue [D.E. 71] within

20 days of receiving notice pursuant to Florida Statute 77.041 [D.E. 70] or Florida Statute 77.055 [D.E. 71].

6. Therefore, pursuant to *Florida Statutes* §77.01 *et seq.,* Plaintiff is entitled to entry of Final Judgment of Garnishment against Garnishee, Bank of America, for the $8,228.95 held in garnishment.

**WHEREFORE**, Plaintiff, respectfully requests this Court grant this motion and enter a Final Judgment of Garnishment against Bank of America and in favor of Plaintiff in the amount of $8,228.95.

Respectfully Submitted,

J.H. Zidell, Esq.
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
Email: Zabogado@aol.com

By:_/s/ *J.H. Zidell* _____
    J.H. Zidell, Esq
    Florida Bar Number: 0010121

## CERTIFICATE OF SERVICE:

I hereby certify that a true and correct copy of the foregoing Plaintiff's Motion for Judgment in Garnishment was sent via CM/ECF to Jamie Blythe Dokovna, Esq., Becker & Poliakoff, Bank of America Building, 625 N. Flagler Drive, 7th Floor, West Palm Beach, Florida 33401, Fax: (561) 832-8987, Email: jdokovna@becker-poliakoff.com and to Ana Maria Jhones, Esq., Haley & Jhones, P.A., 9100 S. Dadeland Boulevard, Suite 1500, PMB #150048, Miami, FL 33156, Fax: (305) 661-4640, Email: jhonesam@aol.com on this 10th day of August 2015.

J.H. Zidell, Esq.
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
Email: Zabogado@aol.com

By:_/s/ *J.H. Zidell* _____
     J.H. Zidell, Esq
     Florida Bar Number: 0010121