UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-CV-20879-COOKE/TORRES

RITA NILDA SAAVEDRA MACEDO, and )
all others similarly situated under 29 U.S.C. )
216(B), )
        Plaintiff, )
    vs. )
)
SMALL WORLD MONTESSORI METHOD )
SCHOOL V, INC., and AMMIR VAYANI, )
        Defendants.

## REQUEST FOR CONFIRMATION OF SALE

Plaintiff, RITA NILDA SAAVEDRA MACEDO, by and through its undersigned attorney, certifies the following:

1. Date of Sale: Plaintiff represents that the sale was conducted by the U.S. Marshal's Service on Wednesday, September 23, 2015.

2. Last Day for Filing Objection: Pursuant to Local Rule, the last day of filing objections to the sale was October 2, 2015.

3. Survey of Court Records: Plaintiff has surveyed the docket and records of this case, and has confirmed that as of October 2, 2015, there were no objections to the sale on file with the Clerk of Courts.

THEREFORE, in light of the facts presented above, Plaintiff requests the Clerk to enter a Confirmation of Sale and to transmit the confirmation to the U.S. Marshal's Service for processing.

Dated: _____10/08/2015_____        _____/s/ Max A. Goldfarb_____
                                                     Max A. Goldfarb, Esq. (FBN: 029658)
                                                         Attorney for Plaintiff
                                                    Law Office of Max A. Goldfarb
                                                    19 West Flagler Street, Suite 703
                                                    Miami, Florida 33130
                                                    T: 305.371.2538 | F: 305.539.9432
                                                    E: Max@MaxGoldfarb.com

cc: Ammir Vayani & Small World Montessori Method School V, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-CV-20879-COOKE/TORRES

RITA NILDA SAAVEDRA MACEDO, and )
all others similarly situated under 29 U.S.C. )
216(B), )
        Plaintiff, )
  vs. )
)
SMALL WORLD MONTESSORI METHOD )
SCHOOL V, INC., and AMMIR VAYANI, )
        Defendants. )

## CONFIRMATION OF THE SALE

The records in this action indicate that no objection has been filed to the sale of the property conducted by the U.S. Marshal's Service on Wednesday, September 23, 2015.

THEREFORE, in accordance with Local Rule, the sale shall stand confirmed as of October 2, 2015.

DONE at Miami-Dade County, Florida, this _____ day of October, 2015.

                                            CLERK STEVEN M. LARIMORE

                              BY: _____
                                       DEPUTY CLERK

cc:    United States Marshal