UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-20879-CIV-COOKE/TORRES

RITA NILDA SAAVEDRA MACEDO and all )
others similarly situated under 29 U.S.C. )
216(B), )
)
      Plaintiff, )
vs. )
)
SMALL WORLD MONTESSORI METHOD )
SCHOOL V INC. )
AMMIR VAYANI, )
)
      Defendants. )
_____ )

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO CONDUCT DISCOVERY**

**COME NOW** Plaintiff, by and through undersigned Counsel, and hereby request an entry of an order granting this Joint Motion for Enlargement of Time to Conduct Discovery (the "Motion") pursuant to Fed. R. Civ. P. 16(b) and 6(b), and S.D. Fla. L.R. 7.1, and in support thereof, states as follows:

1. The Scheduling Order [DE 97] dated September 26, 2016, requires that all discovery be completed by November 21, 2016.

2. Prior to now, all matters with respect to this action were handled by a particular member of the undersigned law firm who was, in effect, lead counsel on this matter.

3. At all times material hereto, undersigned counsel acted solely as secondary counsel.

1

4. During the applicable discover period, lead counsel left the firm. At the same time, secondary counsel was coincidentally on a previously scheduled vacation. Secondary counsel erroneously assumed that lead counsel had completed discovery in accordance with the Scheduling Order.

5. With the discovery deadline approaching, it became apparent that Plaintiff and Defendants have scheduling conflicts that continuously prevent the parties from agreeing on available dates to take the parties' depositions.

6. Plaintiff and Defendants assert that there is good cause to enlarge the deadline for discovery until December 12, 32016, and request that this Court reset the deadline accordingly.

7. The Plaintiff is not asking for the delay for dilatory purposes, or for any improper purpose or to cause undue delay.

## **MEMORANDUM OF LAW**

In order to modify or extend a scheduling order the parties must show good cause. *See* Fed.R.Civ.P. 16(b); *S. Grouts & Mortars, Inc. v. 3M Co.,* 575 F.3d 1235, 1241 (11th Cir.2009). "District courts have 'broad discretion in deciding how best to manage the cases before them,'" *Adinolfe v. United Technologies Corp.*, 768 F.3d 1161, 1167 (11th Cir. 2014), *quoting Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1366 (11th Cir. 1997).

Miscommunication between a junior level attorney and a senior level attorney within the same firm has been held by the Eleventh Circuit to be excusable neglect when, as here, a remedy timely requested upon discovering the miscommunication. *See Cheney v. Anchor Glass Container Corp.,* 71 F.3d 848 (11th Cir. 1996) (finding that a failure in communication between an associate attorney and lead counsel was simply an innocent oversight and therefore excusable).

The Plaintiff request that the discovery deadline be reset to December 12, 2016, which would give the parties as opportunity to set dates for depositions and to otherwise discuss discovery issues without the need for further court intervention.

### I.     Conclusion

Plaintiff asserts that good cause exists to extend the discovery cut-off date to December 12, 2016.  Plaintiffs assert that if this Motion is granted then it will further the parties' ability to resolve this matter.

### CERTIFICATE OF COMPLIANCE WITH L.R. 7.1(a)(3)

The undersigned counsel hereby certifies that, prior to filing this Motion he has attempted to confer sending an email upon noticing the issue, that to date has not been responded to, and followed up with an unreturned phone call on the date of filing.

Respectfully Submitted,

J.H. Zidell, P.A.
*Attorneys for Plaintiff*
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By: /s/ Joshua H. Sheskin, Esq.
Joshua H. Sheskin
Florida Bar No.: 93028
Email: Jsheskin.jhzidellpa@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on October 11, 2016.

                                                J.H. Zidell, P.A.
                                                300 71st Street, Suite 605
                                                Miami Beach, Florida 33141
                                                Tel: (305) 865-6766
                                                 Fax: (305) 865-7167
                                              *Attorneys for Plaintiff*

                                                By: /s/ Joshua Sheskin
                                                Joshua H. Sheskin, Esq.
                                                Jsheskin.jhzidellpa@gmail.com
                                                Florida Bar Number: 93028