UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 14-20879-CIV-EGT

RITA NILDA SAAVERDRA MACEDO,
and all others similarly situated under 29
U.S.C. 216(B),

    Plaintiffs,

v.

SMALL WORLD MONTESSORI
METHOD SCHOOL V, INC. and
AMMIR VAYANI,

    Defendants.

**DEFENDANT SMALL WORLD MONTESSORI METHOD SCHOOL V, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO CONDUCT DISCOVERY**

    Defendant, Small World Montessori Method School V, Inc. ("Small World"), by and through undersigned counsel, hereby files this response in opposition to Plaintiff's motion for enlargement of time to conduct discovery, and in support thereof, states as follows:

    1.    On Friday November 18, 2016,[1] three (3) days before discovery was to be completed, Plaintiff filed a motion to enlarge the time to conduct discovery.

    2.    Fed. R. Civ. Pro. 16(b)(4) provides that "[a] schedule may be modified only for good cause and with the judge's consent."

    3.    The cryptic motion appears to allege that there was some miscommunication between "lead counsel," who has since left the firm, and "secondary counsel," who filed the

---

[1] The Certificate of Service reflects October 11, 2016 as the date of service; however, the docket reflects that the document was filed on November 18, 2016, which is when Defendants' counsel received the motion as well.

motion because the Memorandum of Law cites to cases involving miscommunication. However, there is no mention of a miscommunication in the motion itself.

4. To the extent Plaintiff is alleging a "miscommunication" of some sort, it is unclear what the miscommunication concerned, when this miscommunication came to light or how the miscommunication affected the discovery deadline.

5. The motion states "secondary counsel" erroneously assumed that lead counsel had completed discovery in accordance with the Scheduling Order. However, it should be noted that this case was filed in 2014 and this law firm has represented the Plaintiff throughout the course of these proceedings. In fact, a cursory review of the docket reveals that there are no less than seven (7) attorneys listed as Plaintiff's Counsel, with "Assigned – To be Noticed" status at this time.

6. The motion does not specify what discovery remains outstanding or was erroneously overlooked.

7. Moreover, the motion states, at paragraph 6, "Plaintiff and Defendants assert that there is good cause to enlarge the deadline until December 12, [sic] 32016, and request that this Court reset the deadline accordingly."

8. There is absolutely no mention of grounds for "good cause" pled other than over the last two years, someone erroneously thought discovery had been completed, which is not good cause to extend the discovery deadline.

9. Despite Plaintiff's statement to the contrary, Defendants never agreed that there is "good cause" to grant the motion, and in fact, represented to counsel that Defendants did not consent to the relief requested in the motion. Moreover, Plaintiff's "Certificate of Compliance with L.R. 7.1(a)(3) states that Plaintiff's counsel, prior to filing the motion, attempted to confer

CASE NO.: 14-20879-CIV-T

with Defendants' counsel by sending an email and placing a phone call. It should be noted that the email was sent, and the phone call was placed, on the date of filing. Accordingly, Defendants do not, and never did, agree that there is good cause to grant this motion.

As such, for the reasons stated herein, Small World requests that Plaintiff's motion be denied.

WHEREFORE, Small World requests that this Court deny Plaintiff's motion, as well as all other relief deemed just and proper.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing response was sent via CM/ECF to: **J.H. Zidell, Esq.**, Rivkah.Jaffe@gmail.com and Joshua H. Sheskin, at J.H. Zidell, P.A. (Counsel for Plaintiff), 300 71st Street, Suite 605, Miami Beach, FL  33141, zabogado@aol.com; **Daniel T. Feld, Esq.**, Daniel T. Feld P.A. (Counsel for Plaintiff), 20801 Biscayne Blvd., Suite 403, Aventura, Fl 33180, danielfeld.esq@gmail.com; **Max A. Goldfarb, Esq.**, 19 West Flagler Street, Suite 703, Miami, FL  33130, max@maxgoldfarb.com, and **Allyson Morgado**, J.H. Zidell, P.A. (Counsel for Plaintiff), 300 71st Street, Suite 605, Miami Beach, FL 33141, amorgado.jhzidell@gmail.com this 30th day of November 2016.

BECKER & POLIAKOFF, P.A.
Attorneys for Defendants
Bank of America Centre
625 N. Flagler Drive, 7th Floor
West Palm Beach, FL  33401
Telephone:  (561) 655-5444
Facsimile:  (561) 832-8987
jdokovna@bplegal.com

By: /s/ Jamie Dokovna
        Jamie B. Dokovna, Esq.
        Florida Bar No. 592722

ACTIVE: V22455/370432:9172079_1