UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-20879-CIV-TORRES

CONSENT CASE

RITA NILDA SAAVEDRA MACEDO,
and all others similarly situated under 29
U.S.C. 216(b)

   Plaintiffs,

vs.

SMALL WORLD MONTESSORI
METHOD SCHOOL V, INC.,
and AMMIR VAYANI,

   Defendants.
_____/

## ORDER

  This cause is before the Court on Plaintiff's Motion for Extension of Time to Complete Discovery [D.E. 108], to which Defendants responded in opposition [D.E. 109]. The motion is ripe for disposition. Having carefully reviewed the record in this case, the motion is **GRANTED** for good cause shown and the minimal prejudice cited by Defendants. The current Scheduling Order [D.E. 97] is Amended to allow for discovery to be completed by January 27, 2017. No further extensions shall be granted absent agreement of the parties. All other deadlines in the Scheduling Order remain in full force and effect.

**DONE AND ORDERED** in Chambers at Miami, Florida this 9th day of January, 2017.

           /s/ *Edwin G. Torres*
           EDWIN G. TORRES
           United States Magistrate Judge