UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 14-20879-CIV-EGT

RITA NILDA SAAVERDRA MACEDO,
and all others similarly situated under 29
U.S.C. 216(B),

    Plaintiffs,

v.

SMALL WORLD MONTESSORI
METHOD SCHOOL V, INC. and
AMMIR VAYANI,

    Defendants.

**JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT AND FOR ORDER
PERMITTING DISMISSAL WITH PREJUDICE**

Plaintiff, Rita Nilda Saavedra Macedo ("Plaintiff"), and Defendants, Small World Montessori Method School V, Inc. and Ammir Vayani ("Defendants"), by and through their undersigned attorneys, file this joint motion for approval of settlement agreement and for order permitting dismissal with prejudice, and state as follows:

**PRELIMINARY STATEMENT**

The Plaintiff, who was formerly employed by Defendants filed a complaint against Defendants, pursuant to the Fair Labor Standards Act ("FLSA"), claiming overtime wages and for battery, alleging that Defendants failed to pay Plaintiff overtime compensation and that she was battered. To avoid the costs and uncertainty of litigation, the parties have negotiated a settlement of all claims brought by Plaintiff against the Defendants, including Plaintiff's claim

under the FLSA.  The parties submit the Settlement Agreement attached hereto as Exhibit "A," for the Court's review and approval.  Accordingly, the parties request that the Court approve the terms of the settlement agreement in this matter pursuant to *Lynn's Food Stores Inc. v. U.S.*, 679 F.2d 1350 (11th Cir. 1982), dismiss this case with prejudice, and retain jurisdiction to enforce the terms of the parties' Settlement Agreement.

## MEMORANDUM OF LAW

In the Eleventh Circuit, in order to ensure that the employer is relieved of liability, a compromise of an FLSA claim must either be supervised by the Secretary of Labor or must be approved by the District Court.  *See Lynn's Food Stores, Inc.*, 679 F.2d at 1350.  To approve the settlement, the Court should determine that the compromise is a fair and reasonable resolution of a bona fide dispute over FLSA provisions.  *Id.* at 1354.  If the settlement meets the aforementioned criteria, the Court should approve the settlement in order to promote the policy of encouraging settlement of litigation.  *Id.*; *see also Sneed v. Sneed's Shipbuilding, Inc.*, 545 F.2d 537, 539 (5th Cir. 1977).

Plaintiff filed this lawsuit against Defendants alleging that Defendants violated the law by failing to pay her time and one-half for work performed in excess of forty hours per week and by battering her.  Defendants vigorously defended against these claims, maintained Plaintiff was paid for all her overtime work, that she was never battered, and otherwise denied any violation of the law. However, in order to resolve this matter, Defendants agreed to pay Plaintiff all amounts claimed to be due and owing for her overtime compensation claim.  Thus, there has been no compromise of Plaintiff's claimed damages.  Further, Plaintiff's attorneys' fees and costs will be paid in full.

For the reasons set forth above, in addition to the fact that the parties were represented by

CASE NO.: 14-20879-CIV-EGT

competent counsel having experience in wage and hour claims, the parties ask this Court to declare that the Settlement Agreement is reasonable and to approve it.  The parties further request the Court retain jurisdiction to enforce the terms of the Settlement Agreement, if needed.

WHEREFORE, the parties respectfully request that the Court enter an Order: (1) approving the terms of the settlement of Plaintiff's FLSA claim; (2) dismissing this action with prejudice; (3) retaining jurisdiction to enforce the terms of the Settlement Agreement, if needed; and, (4) granting the parties such further relief as the Court deems just.

Dated: March 7, 2017.

| | |
|---|---|
| BECKER & POLIAKOFF, P.A. | J.H. ZIDELL, P.A. |
| Attorneys for Defendants | Attorney for Plaintiff |
| 625 N. Flagler Drive, 7th Floor | 300-71st Street, Suite 605 |
| West Palm Beach, FL  33401 | Miami Beach, FL 33141 |
| Telephone:  (561) 655-5444 | Telephone:  (305) 865-6766 |
| Facsimile:  (561) 832-8987 | Fax:         (305) 865-7167 |
| jdokovna@bplegal.com | jsheskin.zidellpa@gmail.com |
| By:  /s/ Jamie B. Dokovna | By: /s/ Joshua Sheskin |
|     Jamie B. Dokovna, Esq. |     Joshua Sheskin, Esq. |
|     Florida Bar No. 592722 |     Florida Bar No.:  93028 |

CASE NO.: 14-20879-CIV-EGT

## CERTIFICATE OF ELECTRONIC SERVICE

I HEREBY CERTIFY that on this 7th day of March 2017, I electronically filed the foregoing with the Clerk of the Court, United States District Court, Southern District of Florida by using the ECF system, which will send an electronic notification to all counsel of record for the Plaintiff.

>BECKER & POLIAKOFF, P.A.
>Attorneys for Defendants
>625 N. Flagler Drive, 7th Floor
>West Palm Beach, FL  33401
>Telephone:  (561) 655-5444
>Facsimile:  (561) 832-8987
>jdokovna@bplegal.com
>
>By: /s/ Jamie B. Dokovna
>     Jamie B. Dokovna, Esq.
>     Florida Bar No. 592722

ACTIVE: V22455/370432:9329059_1